NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**HOWARD F. WIBLE,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2010-7144

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 09-1197, Judge Ronald M. Holdaway.

---

**ON MOTION**

---

**ORDER**

Upon consideration of Howard F. Wible's motion for a 45-day extension of time, until March 17, 2011, to file his reply brief,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JAN 2 8 2011
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Kenneth M. Carpenter, Esq.
    Kent C. Kiffner, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 2 8 2011

JAN HORBALY
CLERK